UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE DAWSON,<br><br>Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br><br>Garnishee. | No. 2:15-MC-00079-MCE-AC<br><br>CRIMINAL CASE NO.: 2:10-CR-00223-JAM<br><br>ORDER OF GARNISHMENT (BANK ACCOUNTS) |

A Writ of Garnishment (Bank Accounts), directed to the Garnishee Bank of America, N.A., ("Bank of America") has been duly issued and served upon the Garnishee. The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of the following property, in which the Judgment Debtor maintains an interest, as described below:

1. Account number ending in 3469 with a value of $811.07 and account number ending in 5575 with a value of $6,004.66.

The balance owing by the Judgement Debtor on the judgment is $925,697.82 as shown in

the Application for Writ of Garnishment (Bank Accounts) filed herein.  The Judgment Debtor was served by the Garnishee with the Answer of Garnishee, and has not filed a written objection or requested a hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not requested a hearing on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

In accordance with 28 U.S.C. 3205(c)(7), after the Garnishee files an Answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgement Debtor's (non-earnings) property.

Accordingly, THE COURT HEREBY ORDERS that:

1. Judgment Debtor Nicole Dawson's accounts at Bank of America (account numbers ending in 3469 and 5575) are to be liquidated in their entirety in favor of the United States.

2. Bank of America shall deliver within twenty (20) days of the date of this Order, a cashier's check, money order or company draft in the amount of $6,815.73 (plus any subsequent deposits to the accounts after July 10, 2015), and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Bank of America shall also state the criminal case docket number (Case No. 2:10-CR-00223-JAM) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Bank of America shall, concurrently with its delivery of the payment specified in paragraph 2, above, file an amended answer stating the final amount garnished in this action.

IT IS SO ORDERED

DATED: September 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE