PHILLIP A. TALBERT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  2:15-MC-00079-MCE-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER** |
| NICOLE DAWSON, | CRIMINAL CASE NO.: 2:10-CR-00223-JAM |
| Defendant and Judgment Debtor. | |
| BANK OF AMERICA, N.A., | |
| Garnishee. | |

The Court, having reviewed the court files and the United States' Application for an Order Terminating Bank Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application.  According, it is ORDERED that the writ of garnishment previously issued against defendant Nicole Dawson is hereby TERMINATED § 320(c)(10)(B) and the Clerk is directed to close this case.

IT IS SO ORDERED.

DATED: December 17, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT (BANK ACCOUNTS)